IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEMETRIUS D. MOORE,

Plaintiff,

v.

Case No. 16-cv-808 JPG/GCS

VENICE POLICE DEPARTMENT, *et al*.,

Defendants.

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 8, 2019**          **MARGARET M. ROBERTIE, Clerk of Court**

                                                        *s/Tina Gray*
                                                          **Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**